**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Karyl Clarke,<br><br>　　　　Petitioner<br><br>v.<br><br>Jacqueline Gravatt,<br><br>　　　　Respondent | Case No. 2:25-cv-00166-JAD-NJK<br><br>**Order Instructing Petitioner<br>to File Missing<br>*In Forma Pauperis*<br>Documents**<br><br>[ECF No. 1] |

　　　*Pro se* Petitioner Karyl Clarke has filed a Petition for Writ of Habeas Corpus and an incomplete Motion for Leave to Proceed *In Forma Pauperis* ("IFP").[1]  28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees requires a petitioner to pay a $5.00 filing fee to initiate a habeas action in a federal district court.  The court may authorize an indigent prisoner to begin a habeas action without paying the $5.00 fee if he submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing.[2]

　　　Clarke has filed an IFP application, but he has failed to include the three supporting documents.[3]  So the court gives Clarke until April 15, 2025, to either pay the $5.00 filing fee, submit the missing IFP documents, or file a request for an extension of time to do so.

---

[1] ECF Nos. 1, 1-1.

[2] 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

[3] *See* ECF No. 1.

1       IT IS THEREFORE ORDERED that Petitioner Karyl **Clarke must pay his $5.00 filing**

2 **fee _or_ file his missing IFP documents by April 15, 2025, or this case may be dismissed**

3 without prejudice and without further advance notice.

4       The Clerk of the Court is kindly requested to **SEND** Petitioner a blank copy of the IFP

5 application form for inmates along with instructions.

6       Dated: February 13, 2025

7                                       _____

8                                       U.S. District Judge Jennifer A. Dorsey