UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Karyl Clarke,

    Petitioner

v.

Jacqueline Gravatt,

    Respondent

Case No. 2:25-cv-00166-JAD-NJK

**Order Denying without Prejudice Motion for Leave to File Electronically**

[ECF No. 5]

    I previously ordered *pro se* Petitioner Karyl Clarke to pay his $5 filing fee or file his missing IFP documents by April 15, 2025.[1] A few days later, Clarke filed a notice of change of address.[2] To ensure that Clarke received my prior order, I direct the Clerk of the Court to resend it to Clarke. In addition to filing a notice of change of address, Clarke, who is not in NDOC custody, has also filed a motion for leave to file documents electronically.[3] However, Clarke's motion is not in substantial compliance with this court's form, so I deny Clarke's motion without prejudice.

    IT IS THEREFORE ORDERED that Clarke's motion for leave to file electronically **[ECF No. 5] is denied without prejudice.**

    **The Clerk of the Court is directed to:**

- **SEND** Clarke a blank "Request for Electronic Filing Access Packet" found on the Court's website under self-help forms, and

---

[1] ECF No. 3.

[2] ECF No. 4.

[3] ECF No. 5.

- **RESEND** Clarke a courtesy copy of my February 13, 2025, order [ECF No. 3].

Dated: March 11, 2025

_____
U.S. District Judge Jennifer A. Dorsey