UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Karyl Clarke,<br><br>　　　Petitioner<br><br>v.<br><br>Jacqueline Gravatt,<br><br>　　　Respondent | Case No. 2:25-cv-00166-JAD-NJK<br><br>**Order Dismissing Petition<br>Without Prejudice<br>and Closing Case**<br><br>[ECF No. 1-1] |

Petitioner Karyl Clarke filed this pro se Petition for a Writ of Habeas Corpus on January 27, 2025, challenging his conviction and sentence for harassment imposed by the North Las Vegas Municipal Court.[1] On April 28, 2025, following my initial review of the petition, I ordered Clarke to show cause by May 30, 2025, why the petition should not be dismissed without prejudice as wholly unexhausted given that Clarke did not appeal his judgment of conviction and his state habeas petition was still pending.[2] Clarke was warned that failure to response would result in this action being dismissed without further advance notice.[3] To date, Clarke has not filed a written response to the show-cause order, requested an extension of time to do so, or taken any other action to prosecute this case. So I dismiss Clarke's petition without prejudice, deny him a certificate of appealability, and close this case.

---

[1] ECF No. 1-1.

[2] ECF No. 10.

[3] *Id*. at 3.

IT IS THEREFORE ORDERED that the petition [ECF No. 1-1] is dismissed without prejudice. Clarke is denied a certificate of appealability, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

The Clerk of the Court is directed to:

- FILE the petition (ECF No. 1-1),
- ADD Nevada Attorney General Aaron D. Ford as counsel for respondents,[4]
- SEND the Nevada Attorney General copies of the petition (ECF No. 1-1), this order, and all other filings in this matter by regenerating the notices of electronic filing,
- ENTER final judgment, and
- CLOSE this case.

Dated: June 10, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] No response is required from Respondents other than to respond to any orders of a reviewing court.